

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2016

No. 04-15-00610-CV

**LAREDO MERCHANTS ASSOCIATION,**
Appellant

v.

**CITY OF LAREDO, TEXAS,**
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2015-CVQ-00-1077-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

## O R D E R

On June 15, 2016, James K. Lehman filed a Motion for Admission *Pro Hac Vice* requesting to appear before our court on behalf of appellant. On that same day, appellant's counsel of record, James B. Harris, filed a Motion to Request and In Support of James K. Lehman's Motion for Admission *Pro Hac Vice* requesting this court to grant Mr. Lehman's motion. On June 22, 2016, Mr. Lehman filed a letter with this court indicating counsel for appellee has no objection to the *pro hac vice* motion.

After review, we **GRANT** Mr. Lehman's a Motion for Admission *Pro Hac Vice*.

We **order** the clerk of this court to serve a copy of this order on the trial court and all counsel.

It is so **ORDERED** on June 24, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court